**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1730**

_____

XULI ZHANG,

                 Plaintiff - Appellant,

       v.

ROSS DRESS FOR LESS, INCORPORATED; THOMAS STEWART,

                 Defendants - Appellees,

       and

ROSS STORE, INCORPORATED,

                 Defendant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis III, Senior District Judge. (1:10-cv-01328-TSE-IDD)

_____

Submitted: December 20, 2011     Decided: December 22, 2011

_____

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Xuli Zhang, Appellant Pro Se. Stephen Charnoff, REES BROOME, PC, Vienna, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Xuli Zhang appeals the district court's order dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Zhang v. Ross Dress for Less, Inc.</u>, No. 1:10-cv-01328-TSE-IDD (E.D. Va. filed May 17, 2011 & entered May 31, 2011). We deny Zhang's motion to supplement the record and compel discovery. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>